Summons in a Civil Action (Rev 11/97)

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Metropolitan Life Insurance Company,

vs

John M. Coleman and DOES 1-20, inclusive,

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 0952 BTM AJB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Renee Welze Livingston
Livingston Law Firm
1600 S. Main Street, Suite 280
Walnut Creek, CA 94596

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

5/29/08
DATE

By B. LLOYD, Deputy Clerk

SEAL

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)