ORIGINAL

FILED

08 MAY 29 PM 3:44

BY: DEPUTY

Renée Welze Livingston – 124280
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA 94596
Tel: (925) 952-9880
Fax: (925) 952-9881

Attorneys for Plaintiff
METROPOLITAN LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

METROPOLITAN LIFE INSURANCE COMPANY,

Plaintiff,

vs.

JOHN M. COLEMAN and DOES 1-20, inclusive,

Defendants.

Case No. '08 CV 0952 BTM AJB

**PLAINTIFF METROPOLITAN LIFE INSURANCE COMPANY'S RULE 7.1 DISCLOSURE STATEMENT**

BY FAX

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Metropolitan Life Insurance Company hereby discloses the following:

Plaintiff Metropolitan Life Insurance Company is a wholly owned subsidiary of MetLife, Inc.

Dated: May 28, 2008

LIVINGSTON LAW FIRM

By: ______________________
Renée Welze Livingston
Attorneys for Plaintiff
METROPOLITAN LIFE INSURANCE COMPANY