| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): Crystal Van Der Putten, 227262<br>LIVINGSTON LAW FIRM<br>1600 South Main St.<br>Walnut Creek, CA 94596<br>ATTORNEY FOR (Name): Plaintiff | TELEPHONE NO.: (925) 952-9880<br>Ref. No. or File No. 3272-001 | FOR COURT USE ONLY |
|---|---|---|
| Insert name of court, judicial district or branch court, if any:<br>United States District Court for the Southern District of Califo<br>880 Front St. Rm. 4290<br>San Diego, CA 92101-8900 | | |
| PLAINTIFF: Metropolitan Life Insurance Company | | |
| DEFENDANT: Coleman | | |
| **DECLARATION OF DILIGENCE** | | CASE NUMBER: '08 CV 0952 BTM AJB |

I received the within process on 7/28/2008 and that after due and diligent effort I have been unable to personally serve said party. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: John M. Coleman

(1) HOME: 1396 Bryanview Circle, San Diego, CA 92114

As enumerated below:

7/29/2008 8:45 PM at address (1) above. No answer.
7/30/2008 10:20 AM at address (1) above. No answer.
7/31/2008 5:08 PM at address (1) above. Other. Sub served to James Coleman, brother.

BY FAX

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 8/1/2008 at Los Angeles, California.

Registered California process server.
County: LOS ANGELES
Registration No.: 1360

Chris Abbott
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

Chris Abbott

FF# 6667411

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Crystal Van Der Putten, 227262<br>LIVINGSTON LAW FIRM<br>1600 South Main St.<br>Walnut Creek, CA 94596<br>TELEPHONE NO.: (925) 952-9880<br>ATTORNEY FOR *(Name)*: Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court for the Southern District of Califo<br>880 Front St. Rm. 4290<br>San Diego, CA 92101-8900 | |
| PLAINTIFF/PETITIONER: Metropolitan Life Insurance Company<br>DEFENDANT/RESPONDENT: Coleman | CASE NUMBER:<br>'08 CV 0952 BTM AJB |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>3272-001 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Summons In A Civil Action; Complaint; Civil Cover Sheet; Plaintiff Metropolitan Life Insurance Company's Rule 7.1 Disclosure Statement
3. a. Party served: John M. Coleman

   b. Person Served: James Coleman - Co-Occupant
4. Address where the party was served: 1396 Bryanview Circle
   San Diego, CA 92114
5. I served the party
   b. **by substituted service.** On (date): 7/31/2008 at (time): 5:08 PM I left the documents listed in item 2 with or in the presence of: James Coleman
      (2) **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (4) A declaration of mailing is attached.
      (5) I attach a declaration of diligence stating actions taken first to attempt personal service.
6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. as an individual defendant.

7. **Person who served papers**
   a. Name: Chris Abbott
   b. Address: One Legal - 194-Marin
      504 Redwood Blvd #223
      Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $: 72.25
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 1360
         (iii) County LOS ANGELES

BY FAX

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 8/1/2008

Chris Abbott
(NAME OF PERSON WHO SERVED PAPERS)

Chris Abbott
(SIGNATURE)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Crystal Van Der Putten, 227262<br>LIVINGSTON LAW FIRM<br>1600 South Main St.<br>Walnut Creek, CA 94596 | (925) 952-9880 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>3272-001 | |
| Insert name of court, judicial district or branch court, if any:<br>United States District Court for the Southern District of Califo<br>880 Front St. Rm. 4290<br>San Diego, CA 92101-8900 | | |
| PLAINTIFF:<br>Metropolitan Life Insurance Company | | |
| DEFENDANT:<br>Coleman | | |
| **PROOF OF SERVICE BY MAIL** | CASE NUMBER:<br>'08 CV 0952 BTM AJB | |

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 8/1/2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

Summons In A Civil Action; Complaint; Civil Cover Sheet; Plaintiff Metropolitan Life Insurance Company's Rule 7.1 Disclosure Statement

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

John M. Coleman
1396 Bryanview Circle
San Diego, CA 92114

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

BY FAX

$: 72.25

Fee for Service:

Mirian Flores
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 8/1/2008 at Los Angeles, California.

Mirian Flores

FF# 6667411